AMES DEPARTMENT STORES, INC. *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, EX REL. KENDALL LEWIS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 561 (AC 17195), is denied.

*Susan M. Wright,* in support of the petition.

Decided July 16, 1998

---

AFSCME, COUNCIL 4, LOCALS 397, 391 AND 1565, AFL-CIO *v.* DEPARTMENT OF CORRECTION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 783 (AC 17210), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

KATZ, J., did not participate in the consideration or decision of this petition.

*J. William Gagne, Jr.,* in support of the petition.

*Richard T. Sponzo,* assistant attorney general, and *Lisa S. Lazarek,* in opposition.